UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE A MACKEY,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN SOTO, Warden,<br><br>        Respondent. | Case No. 15-cv-03165-HSG (PR)<br><br>**ORDER EXTENDING TIME TO PAY FILING FEE** |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 30, 2015, the Court denied petitioner's motion for leave to proceed in forma pauperis because petitioner's trust account documents revealed that he had adequate funds to pay the filing fee. Petitioner was directed to pay the $5.00 filing fee within thirty days or face dismissal of the action. To date, the Court has not received payment.

In the interest of justice, petitioner shall be granted an extension to pay the filing fee. Petitioner shall pay the $5.00 filing fee on or before **thirty (30)** days from the date this order is filed.

**If petitioner fails to pay the $5.00 fee within thirty (30) days, this case will be dismissed for failure to pay the requisite filing fee.**

    IT IS SO ORDERED.

Dated: 12/3/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge