KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
JEFFREY M. LAURENCE
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
ALLEN R. CROWN
Deputy Attorney General
State Bar No. 56818
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5847
Fax: (415) 703-1234
E-mail: Allen.Crown@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANTOINE A. MACKEY,**<br>Petitioner,<br>**v.**<br>**JOHN SOTO, Warden,**<br>Respondent. | Case No. 15-cv-03165-HSG (PR)<br>**NOTICE OF LODGING EXHIBITS WITH COURT** |

Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases and Local Rule 133, respondent is lodging the following documents in support of the answer, which are attached electronically to this notice:

EXHIBIT A Clerk's Transcript (17 vols.),[1] *People v. Mackey*, Alameda County Case No. 160939.

[1] The Probation Officer's Reports and other sealed sentencing documents at CT 2959-90 and 4965-99 have been removed from the lodged documents because they are confidential documents that do not appear to be relevant to the issues.

EXHIBIT B Clerk's Supplement Transcript (1 vol.), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT C Clerk's Supplemental Transcript (1 vol.), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT D Clerk's Supplemental Transcript (41 vols.), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT E Trial Exhibit Nos. 89A, 97A, 98A, 99A, 115A, 124A, 138A, 158A, 163, 164, and B-1, *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT F Reporter's Transcript (31 vols.), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT G Reporter's Supplemental Transcript (3 vols.), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT H Appellant Mackey's Opening Brief, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT I Appellant Bey's Opening Brief, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT J Respondent's Brief, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT K Appellant Mackey's Reply Brief, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT L Appellant Bey's Reply Brief, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT M Opinion, *People v. Mackey*, California Court of Appeal Case No. A133129.

EXHIBIT N Appellant Mackey's Petition for Review, *People v. Mackey*, California Supreme Court Case No. S224532.

EXHIBIT O Appellant Bey's Petition for Review, *People v. Mackey*, California Supreme Court Case No. S224532.

EXHIBIT P Docket Showing Denial of Review, *People v. Mackey*, California Supreme Court Case No. S224532.

EXHIBIT Q Motion for Change of Venue - Exhibit No. 2-B (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT R Motion for Change of Venue - Exhibit No. 2-C (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT S Motion for Change of Venue - Exhibit No. 2-D (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT T Motion for Change of Venue - Exhibit No. 2-E (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT U Motion for Change of Venue - Exhibit No. 2-G [sic] (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

EXHIBIT V Motion for Change of Venue - Exhibit No. 2-G (single DVD, news broadcast(s)), *People v. Mackey*, Alameda County Case No. 160939.

Dated: January 29, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
JEFFREY M. LAURENCE
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General

/s/ Allen R. Crown
ALLEN R. CROWN
Deputy Attorney General
*Attorneys for Respondent*

SF2015200583
20786680.doc