# Attachment 3B



Attachment 3C



# Attachment 3D



Attachment 3E




Attachment 3F
LA5
entrance


Attachment 3G
LA6
entra
LA7
graze


Attachment 3H
secondary missile defects


Attachment 3I
T1
entrance
T2
entrance
T3
entrance
T4
entrance
T5
entrance


Attachment 3J
T4 entrance
T5 entrance
T6 entrance
T7 entrance
07-1971

# Attachment 3K




Attachment 3L
T12
exit
T13
exit

Attachment 3M





Attachment 3N