UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE A MACKEY,<br>   Petitioner,<br> v.<br>DEBBIE ASUNCION, Warden<br>   Respondent. | Case No. 15-cv-03165-HSG |
| YUSEF ALI BEY, IV,<br>   Petitioner,<br> v.<br>WILLIAM MUNIZ, Warden,<br>   Respondent. | Case No. 16-cv-03984-HSG<br>**JUDGMENT** |

  For the reasons stated in the Order Denying Petitions for Writ of Habeas Corpus, Denying Certificates of Appealability, judgment is entered in favor of respondents and against petitioners.

  **IT IS SO ORDERED.**

Dated:

               _____
               HAYWOOD S. GILLIAM, JR.
               United States District Judge